501861

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

INDEX #: 3:19-CV-09053-FLW-TJB

Attorneys: Company: STEIN SAKS, PLLC PH: (201) 282-6500 x115
Address: 285 PASSAIC STREET HACKENSACK, NJ 07601

Date Filed: 03/28/2019

Client's File No.:

## STEPHANIE HESS

vs

Plaintiff

## LYONS, DOUGHTY & VELDHUIS P.A. ET AL

Defendant

STATE OF __NJ__, COUNTY OF __OCEAN__ SS.: **AFFIDAVIT OF SERVICE**

__PATRICIA MCHALE EOSSO__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __2 MAY 2019__ at __11:30 AM__
at __136 GAITHER DR - SUITE 100 - MOUNT LAUREL__, deponent served the within

SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, EXHIBIT A

on: **LYONS, DOUGHTY & VELDHUIS PC**, _____ therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering thereat a true copy of each to __DAN COLEY__ and that deponent knew the person so served to be the __MANAGING AGENT__ of the corporation, and authorized to to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
[ ] and by Certified Mail # _____

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

#7 DESCRIPTION (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __M__ Color of skin: __WHITE__ Color of hair: __WHITE__ Age: __60__ Height: __5'10"__
Weight: __220__ Other Features: _____

#8 WIT FEES [ ] Subpoena Fee Tendered in the amount of

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

#10 OTHER [ ] _____

Sworn to before me on __3 MAY 2019__

_signature_

THERESA A. DINGMAN
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2227754
My Commission Expires 4/15/2023

_signature_ 5/3/19
Please Print Name Below Signature
PATRICIA MCHALE EOSSO
Job # 501861